No. 635, Misc.   GRAY *v.* UNITED STATES; and

No. 637, Misc.   DAVIS *v.* ELLIS, GENERAL MANAGER, TEXAS PRISON SYSTEM, ET AL.   Motions for leave to file petitions for writs of habeas corpus denied.

No. 833.   COLUMBIA BROADCASTING SYSTEM, INC., ET AL. *v.* LOEW'S, INC., ET AL.   C. A. 9th Cir.   Certiorari granted.   *Homer I. Mitchell, W. B. Carman* and *Warren M. Christopher* for the Columbia Broadcasting System, Inc., et al., and *Loyd Wright* and *Dudley K. Wright* for Benny, petitioners.   *Joseph P. Loeb* for Loew's, Inc., et al., respondents.

No. 838.   GREGG COMPANY OF DELAWARE *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 2d Cir.   Certiorari denied.   *Kenneth W. Moroney* for petitioner.   *Solicitor General Rankin, Assistant Attorney General Rice, Harry Baum* and *Meyer Rothwacks* for respondent.

No. 839.   DUGAN ET AL. *v.* PENNSYLVANIA RAILROAD CO.   Supreme Court of Pennsylvania, Eastern District.   Certiorari denied.   *B. Nathaniel Richter* and *Lois G. Forer* for petitioners.   *Philip Price* and *Robert M. Landis* for respondent.

No. 857.   SAPERSTEIN *v.* NEW YORK.   Court of Appeals of New York.   Certiorari denied.   *Irwin N. Wilpon* and *Burton B. Turkus* for petitioner.   *Frank S. Hogan* for respondent.